**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| Jose Carrasquillo, | § | |
| Plaintiff, | § | |
| | § | CASE NO. 5:24-cv-00511-JKP-RBF |
| | § | |
| v. | § | |
| | § | |
| TransUnion, LLC; Experian Information | § | |
| Solutions, Inc., | § | |
| | § | |
| Defendants. | § | |

## <u>NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND DEFENDANT TRANSUNION, LLC</u>

**PLEASE TAKE NOTICE THAT** Plaintiff Jose Carrasquillo and Defendant TransUnion, LLC, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of TransUnion, LLC within 60 days once the settlement is finalized.

**SCHUMACHER LANE PLLC**

Dated: August 5, 2024

*/s/ Joshua B. Lane*
Joshua B. Lane
Texas Bar No. 24092665
P.O. Box 558
Spring Branch, TX 78070
210-541-2154 ph
210-783-1383 fax
Attorneys for Plaintiff