# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Jose Carrasquillo,<br><br>          Plaintiff,<br><br>v.<br><br>TransUnion, LLC; Experian Information<br>Solutions, Inc.,<br><br>          Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 5:24-cv-00511-JKP-RBF |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT TRANSUNION, LLC</u>

**PLEASE TAKE NOTICE THAT** Plaintiff Jose Carrasquillo, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses defendant TransUnion, LLC only, with prejudice, as to all claims in this action.

> Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part: 41(a) Voluntary Dismissal
>
> (1)     By the Plaintiff
>
>     (A)     Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>
>         (i)     a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant TransUnion, LLC has neither filed an answer to Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Defendant TransUnion may be dismissed from the Complaint for all purposes and without an Order.

**SCHUMACHER LANE PLLC**

Dated: September 5, 2024

*/s/ Joshua B. Lane*
Joshua B. Lane
Texas Bar No. 24092665
P.O. Box 558
Spring Branch, TX 78070
210-541-2154 ph
210-783-1383 fax
Attorneys for Plaintiff