**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| Jose Carrasquillo, | § | |
|       Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 5:24-cv-00511 |
| | § | |
| TransUnion, LLC; Experian Information | § | |
| Solutions, Inc., | § | |
|       Defendants. | § | |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT EXPERIAN**
**INFORMATION SOLUTIONS, INC.**

**PLEASE TAKE NOTICE THAT** Plaintiff Jose Carrasquillo, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant Experian Information Solutions, Inc., with prejudice, only as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1)    By the Plaintiff

    (A)    Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Experian Information Solutions, Inc. has neither filed an answer to Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Defendant Experian Information Solutions, Inc. may be dismissed from the Complaint for all purposes and without an Order.

                                            **SCHUMACHER LANE PLLC**

Dated: November 18, 2024                    */s/ Joshua B. Lane*
                                        Joshua B. Lane
                                        Texas Bar No. 24092665
                                        P.O. Box 558
                                        Spring Branch, TX 78070
                                        210-541-2154 ph
                                        210-783-1383 fax
                                        Attorneys for Plaintiff